Belaval, Demandante y Apelado, *v.* Del Castillo et al., Demandados y Apelantes.

Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso sobre indemnización de daños y perjuicios por libelo.

Moción del demandante y apelado para que se desestime la apelación por no haberse presentado la transcripción de autos.

No. 1284.—Resuelto en febrero 20, 1915.

Transcripción de Autos—Término para Radicarla.—Si bien no hay precepto alguno que fije el término dentro del cual debe presentarse en la Corte Suprema la transcripción de autos cuando no existe exposición del caso o pliego de excepciones, debe aquella radicarse dentro del término de treinta días que prescribe la sección 40 del Reglamento.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. H. S. Belaval.*

Abogado del apelante: *Sr. Miguel Guerra,* quien compareció por escrito.

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Esta es una solicitud para que se desestime la apelación por el fundamento de que la transcripción de autos no ha sido radicada en tiempo. La moción expone que la Corte de Distrito de San Juan dictó sentencia en julio 1, 1914; que la apelación fué interpuesta en julio 30, 1914; que la exposición del caso presentada a la Corte de Distrito de San Juan en agosto 24, 1914, ha sido eliminada del récord por órden de dicha corte de distrito, y que han transcurrido más de 150 días desde que la apelación fué interpuesta.

Este caso no es igual al caso de *Belaval* v. *Todd,* que acaba de decidirse y que precede a este caso, porque el apelante, Fray Antonio del Castillo, nada ha demostrado en forma alguna ante nosotros. El apelante alega que la ley no fija el tiempo en que debe una apelación ser presentada en esta corte cuando no existe exposición del caso o pliego de excep-

ciones. El caso de *Ciuró* v. *Ciuró,* 20 D. P. R., 38, resuelve este punto en contra de lo sostenido por el apelante. Hemos tenido oportunidad de considerar la cuestión más detalladamente en el caso de *Belaval* v. *Todd,* citado.

La apelación debe ser desestimada.

> *Declarada con lugar la moción y desestimada la apelación.*

Jueces concurrentes: Sres. Asociados del Toro, Aldrey y Hutchison.

El Juez Presidente Sr. Hernández no formó parte del tribunal en la vista de este caso.